IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Anthony Davis,                                    :
                                                  :
            Plaintiff(s),                          :
                                                  :   Case Number: 1:15cv753
      vs.                                          :
                                                  :   Judge Susan J. Dlott
Amazon.com,                                        :
                                                  :
            Defendant(s).                          :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United

States District Court for the Southern District of Ohio Western Division to United States

Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed

the pleadings and filed with this Court on March 21, 2016 a Report and Recommendations (Doc.

13).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 14)

and the defendant filed a response to the objections (Doc. 15).  Plaintiff filed additional

objections to the Report and Recommendation (Doc. 20) and defendants filed a response to the

additional objections (Doc. 21).

The Court has reviewed the comprehensive findings of the Magistrate Judge and

considered de novo all of the filings in this matter. Upon consideration of the foregoing, the

Court does determine that such Recommendation should be adopted.

Accordingly, defendant's motion to dismiss the complaint pursuant to Fed. R. Civ. P.

12(b)(6) (Doc 6.) is GRANTED.

The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of any Order adopting

the Report and Recommendation will not be taken in good faith and therefore denies plaintiff

leave to appeal *in forma pauperis.*  Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals.  *See Callihan v. Schneider,* 178 F.3D 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3d 274, 277 (6th Cir. 1997).

     IT IS SO ORDERED.


         ___s/Susan J. Dlott_____
         Judge Susan J. Dlott
         United States District Court